Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ERIC DMUCHOWSKY                                )
                                               )   Case No: C 18-01559-HSG
                                               )
                          Plaintiff(s),        )
                                               )   **APPLICATION FOR**
        v.                                     )   **ADMISSION OF ATTORNEY**
                                               )   **PRO HAC VICE**
SKY CHEFS, INC.                                )   (CIVIL LOCAL RULE 11-3)
                                               )
                          Defendant(s).        )
                                               )

    I, TIFFANY D. DOWNS, an active member in good standing of the bar of STATE OF GEORGIA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: SKY CHEFS, INC. in the above-entitled action. My local co-counsel in this case is MICHELLE ABIDOYE, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| FordHarrison, LLP<br>271 17th Street NW, Suite 1900<br>Atlanta, GA 30363 | FordHarrison LLP<br>350 South Grand Avenue, Suite 2300<br>Los Angeles, California 90071 |
| MY TELEPHONE # OF RECORD:<br>(404) 888-3800 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 237-2400 |
| MY EMAIL ADDRESS OF RECORD:<br>tdowns@fordharrison.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Mabidoye@fordharrison.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 228467.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/10/18                                              TIFFANY D. DOWNS
                                                             _____
                                                                       APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of TIFFANY D. DOWNS is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/14/2018                                             *Haywood S. Gill*
                                                             _____
                                                             UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                *October 2012*



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**     }
    } ss.
**NORTHERN DISTRICT OF GEORGIA**     }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **TIFFANY D. DOWNS, State Bar No. 228467,** was duly admitted to practice in said Court on September 5, 2000, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of May, 2018.

JAMES N. HATTEN
CLERK OF COURT

By: _Devin Barfield_
Devin Barfield
Deputy Clerk

