1  Glenn R. Kantor - SBN 122643
    E-mail: gkantor@kantorlaw.net
2  Brent Dorian Brehm - SBN248983
    E-Mail: bbrehm@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone: (818) 886-2525
5  Facsimile:  (818) 350-6272

6  Attorneys for Plaintiff,
   ERIC DMUCHOWSKY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>                      Plaintiff,<br>v.<br><br>SKY CHEFS, INC.,<br><br>                      Defendant. | Case No.: 4:18-cv-01559-HSG<br><br>**PLAINTIFF'S MOTION AND REQUEST TO APPEAR TELEPHONICALLY AT THE JUNE 19, 2018 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date:     June 19, 2018<br>Time:    2:00 p.m. |

**IT IS HEREBY REQUESTED** that Brent Dorian Brehm, counsel for Plaintiff Eric Dmuchowsky, be permitted to attend by telephone, the Initial Case Management Conference set for June 19, 2018 at 2:00 p.m. in the chambers of the Honorable Haywood S. Gilliam, Jr., located at Courtroom 2, 4th Floor, Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612.

Good cause exists for this request because Brent Dorian Brehm works in Northridge, California. Brent Dorian Brehm's office is located 355 miles from the Oakland Courthouse. Permitting counsel for Plaintiff to participate in the Initial Case Management Conference by telephone will reduce the fees and costs associated with the appearance and will promote efficiency and economy.

For these reasons, Brent Dorian Brehm respectfully requests that the Court grant this request to attend the Initial Case Management Conference by telephone.

Should the Court grant this request, Brent Dorian Brehm can be contacted on June 19,

1

2018 at (818) 350-6258 and will remain on standby or, in the alternative; Brent Dorian Brehm can contact the Court at a preferred number.

DATED: June 7, 2018                    KANTOR & KANTOR, LLP

By:    */s/ Brent Dorian Brehm*
       Brent Dorian Brehm
       Attorneys for Plaintiff,
       ERIC DMUCHOWSKY

## **ORDER**

Having considered the request by counsel for Plaintiff Eric Dmuchowsky for permission to attend the June 19, 2018 Initial Case Management Conference by telephone, and for good cause appearing, the Court **ORDERS** as follows:

Counsel for Plaintiff may appear telephonically at the Initial Case Management Conference set for June 19, 2018 at 2:00 p.m. Brent Dorian Brehm shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: June 7, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE