Michelle B. Abidoye, Bar No. 232782
mabidoye@fordharrison.com
Alexandria M. Witte, Bar No. 273494
awitte(Z/1fordhanison.com
Tiffany D. Downs, *pro hac vice*
tdowns@,fordharrison.com,
FORD & HARRISON, LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Defendant
SKY CHEFS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC.,<br><br>　　　　Defendant. | CASE NO. C 18-01559-HSG<br><br>DEFENDANT SKY CHEFS, INC.'S MOTION AND REQUEST TO APPEAR TELEPHONICALLY AT THE JUNE 19, 2018 INITIAL CASE MANAGEMENT CONFERENCE<br><br>Date: June 19, 2018<br>Time: 2:00p.m. |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　IT IS HEREBY REQUESTED that Tiffany D. Downs, counsel for Defendant Sky Chefs, Inc., be permitted to attend by telephone, the Initial Case Management Conference set for June 19, 2018 at 2:00p.m. in the chambers of the Honorable Haywood S. Gilliam, Jr., located at Courtroom 2, 4th Floor, Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612.

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

DEFENDANT'S MOTION AND REQUEST
TO APPEAR TELEPHONICALLY
CASE NO. C 18-01559-HSG

1  Good cause exists for this request because Tiffany Downs works in Atlanta, Georgia, and will be traveling for another client matter the same day. Tiffany Downs' office is located 2,469 miles from the Oakland Courthouse. Permitting counsel for Defendant to participate in the Initial Case Management Conference by telephone will reduce the fees and costs associated with the appearance and will promote efficiency and economy.

For these reasons, Tiffany Downs respectfully requests that the Court grant this request to attend the Initial Case Management Conference by telephone.

Should the Court grant this request, Tiffany Downs can be contacted on June 19, 2018 at (404) 550-5125 and will remain on standby or, in the alternative; Tiffany Downs can contact the Court at a preferred number.

Dated: June 8, 2018

Respectfully submitted,

FORD & HARRISON LLP

By: *Is/ Michelle B. Abidoye*
Michelle B. Abidoye
Alexandria M. Witte
Tiffany D. Downs, *pro hac vice*
Attorneys for Defendant SKY CHEFS, Inc.

## ORDER

Having considered the request by counsel for Defendants Sky Chefs \ for permission to attend the June 19, 2018 Initial Case Management Conference by telephone, and for good cause appearing, the Court **ORDERS** as follows:

Counsel for Defendant may appear telephonically at the Initial Case Management Conference set for June 19, 2018 at 2:00 p.m. Tiffany Downs shall Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS **SO ORDERED.**

DATED: 6/12/2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE