UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>      Plaintiff(s)<br><br>v.<br><br>SKY CHEFS, INC.,<br><br>      Defendant(s) | CASE No C v-01559-HSG<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☐ other requested deadline:

Date: June 12, 2018                  Brent Dorian Brehm
                                            Attorney for Plaintiff

Date: June 12, 2018                  Tiffany D. Downs
                                            Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 6/13/2018                  *Haywood S. Gill, Jr.*
                                       U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 5-1-2018*