KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>　　　　　Plaintiff,<br>　v.<br>SKY CHEFS, INC.,<br><br>　　　　　Defendant. | Case No.: 4:18-cv-01559-HSG<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO STRIKE DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO SKY CHEF'S MOTION FOR JUDGMENT ON THE RECORD PURSUANT TO CIVIL L.R. 7-11<br><br>[Administrative Motion and Declaration of Brent Dorian Brehm in Support Filed Concurrently Herewith]<br><br>Motion Hearing: December 13, 2018 |

[PROPOSED] ORDER

This matter came on for the Court's consideration upon Plaintiff's Administrative Motion To Strike Defendant's Reply To Plaintiff's Opposition To Sky Chef's Motion For Judgment On The Record, filed on November 30, 2018. The Court has considered all filings and finding good cause therefor, hereby grants Plaintiff's Motion.

Defendant's Reply To Plaintiff's Opposition To Sky Chef's Motion For Judgment On The Record is hereby stricken.

DATED: __12/6/2018__　　　　　　　　　　_Haywood S. Gilliam Jr._
　　　　　　　　　　　　　　　　　　　　　Judge Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

1

[PROPOSED] ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION TO STRIKE DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO SKY CHEF'S MOTION FOR JUDGMENT ON THE RECORD PURSUANT TO CIVIL L.R. 711