1  Shanda Y. Lowe, Bar No. 278602
   slowe@fordharrison.com
2  Tiffany D. Downs, *pro hac vice*
   tdowns@fordharrison.com
3  **FORD & HARRISON, LLP**
   350 South Grand Avenue, Suite 2300
4  Los Angeles, CA 90071
   Telephone: 213-237-2400
5  Facsimile: 213-237-2401

6  Attorneys for Defendant
   SKY CHEFS, INC.

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10 ERIC DMUCHOWSKY,                     Case No.: 4:18-cv-01559-HSG

11                                       **STIPULATION AND
                                         ~~[PROPOSED]~~ ORDER TO**
12           Plaintiff,                  **WITHDRAW DEFENDANT'S
        v.                               REPLY TO PLAINTIFF'S**
13 SKY CHEFS, INC.,                      **OPPOSITION TO SKY CHEF'S
                                         MOTION FOR JUDGMENT ON**
14           Defendant.                  **THE RECORD [DKT. 47]**

15                                       Motion Hearing: December 13, 2018

16

17         IT IS HEREBY STIPULATED by and between plaintiff ERIC

18 DMUCHOWSKY and defendant SKY CHEFS, INC., by and through their respective

19 counsel, that defendant's Reply To Plaintiff's Opposition To Sky Chef's Motion For

20 Judgment On The Record, filed as Docket No. 47, is hereby withdrawn and shall not

21 be considered by the Court in its ruling on the Parties' Rule 52 motions.

22         Good cause exists for the stipulation as follows:

23         In the Court's Scheduling Order of June 20, 2018 [Dkt. 28], the Court set a

24 briefing schedule regarding Rule 52 Motions. In that Order, the Court set deadlines

25 for the Parties' Opening Briefs and Responsive Briefs. Pursuant to that Order, the

26 total number of briefs allowed for each party is to be two briefs.. However, when

27 Defendant filed its motion, the Court docket system generated a notice and deadline

28

for filing a reply memorandum. As reply memoranda are allowed under the Local Civil Rules and based on the Court docket notice [Dkt. 44], Defendant filed a reply memorandum in support of its Rule 52 Motion. After consultation with plaintiff's counsel, defendant agreed to withdraw its reply memorandum filed on November 30, 2018. [Dkt 48]. As such, the Parties stipulate to the withdrawal of defendant's Reply To Plaintiff's Opposition To Sky Chef's Motion For Judgment On The Record.

**IT IS SO STIPULATED.**

DATED: December 6, 2018       KANTOR & KANTOR, LLP

By:    */s/ Brent Dorian Brehm*
Brent Dorian Brehm
Attorney for Plaintiff
ERIC DMUCHOWSKY

DATED: December 6, 2018       FORD & HARRISON, LLP

By:    */s/Tiffany D. Downs*
Tiffany D. Downs, *pro hac vice*
Attorney for Plaintiff
ERIC DMUCHOWSKY
Attorneys for Defendant
SKY CHEFS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:    12/6/2018

Judge Haywood S. Gilliam, Jr.
U.S. DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW DEFENDANT'S REPLY