UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SKY CHEFS, INC.,<br><br>　　　　Defendant. | Case No. 18-cv-01559-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. Nos. 77, 63 |

The Court has reviewed both Magistrate Judge Ryu's Report and Recommendation Re Plaintiff's Motion for Attorneys' Fees and Magistrate Judge Ryu's Amendment to the Report and Recommendation, which was issued in response to objections to the initial report. *See* Dkt. Nos. 77–80. The time for objections to the Amendment to the Report and Recommendation has passed and none were filed. The Court finds the Report as amended correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Attorneys' Fees is GRANTED in part and awards Dmuchowsky $105,282.50 in fees and $1,619.22 in costs for a total award of $106,901.72.

**IT IS SO ORDERED.**

Dated: July 11, 2019

　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge