| | |
|---|---|
| 1 | Glenn R. Kantor – SBN 122643 |
| | E-mail: gkantor@kantorlaw.net |
| 2 | Brent Dorian Brehm – SBN 248983 |
| | E-Mail: bbrehm@kantorlaw.net |
| 3 | KANTOR & KANTOR, LLP |
| | 19839 Nordhoff Street |
| 4 | Northridge, CA 91324 |
| | Telephone: (818) 886-2525 |
| 5 | Facsimile: (818) 350-6272 |
| 6 | Monica Lienke – SBN 300115 |
| | E-mail: mlienke@kantorlaw.net |
| 7 | KANTOR & KANTOR, LLP |
| | 1050 Marina Village Pkwy., Ste. 105 |
| 8 | Alameda, California 94501 |
| | Telephone: (510) 992-6130 |
| 9 | Facsimile: (510) 280-7564 |
| 10 | Attorneys for Plaintiff, |
| | ERIC DMUCHOWSKY |

Shanda Y. Lowe, Bar No. 278602
slowe@fordharrison.com
Tiffany D. Downs, *pro hac vice*
tdowns@fordharrison.com
**FORD & HARRISON, LLP**
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone:   213-237-2400
Facsimile:   213-237-2401

Attorneys for Defendant
SKY CHEFS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SKY CHEFS, INC.,<br><br>　　　　　Defendant. | Case No.: 4:18-cv-01559-HSG<br><br>**PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY PARTIALLY STIPULATED by and between plaintiff ERIC DMUCHOWSKY and defendant SKY CHEFS, INC., by and through their respective counsel, that the Parties have resolved Plaintiff's penalty claim under ERISA, and hereby stipulate to dismissal of that claim with prejudice. This stipulation does not impact or waive any rights regarding Plaintiff's claim for attorneys' fees and costs under ERISA.

**IT IS SO PARTIALLY STIPULATED.**

DATED: July 26, 2019             KANTOR & KANTOR, LLP

By:    */s/ Brent Dorian Brehm*
       Brent Dorian Brehm
       Attorney for Plaintiff
       ERIC DMUCHOWSKY

DATED: July 26, 2019             FORD & HARRISON, LLP

By:    */s/ Tiffany D. Downs*
       Tiffany D. Downs, *pro hac vice*
       Attorneys for Defendant
       SKY CHEFS, INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: July 26, 2019             KANTOR & KANTOR, LLP

By:    */s/ Brent Dorian Brehm*
       Brent Dorian Brehm
       Attorney for Plaintiff
       ERIC DMUCHOWSKY

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

PARTIAL STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

## ORDER OF DISMISSAL WITH PREJUDICE

The Partial Stipulation of Dismissal with Prejudice executed by Plaintiff Eric Dmuchowsky ("Plaintiff") and Defendant Sky Chefs, Inc. ("Defendant") (collectively, the "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is hereby approved. Plaintiff's penalty claim under ERISA is hereby dismissed with prejudice. This Order shall not impact or waive any rights regarding Plaintiff's claim for attorneys' fees and costs under ERISA, including depriving Defendant of its right to appeal the Court's Order Adopting Magistrate Judge's Amended Report and Recommendation Regarding Plaintiff's Motion for Attorney's Fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/29/2019

Honorable Haywood S. Gilliam, Jr.
United States District Court
Northern District of California

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525