KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY, | Case No.: 4:18-cv-01559-HSG |
| Plaintiff, | |
| v. | **JUDGMENT ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| SKY CHEFS, INC., | |
| Defendant. | |

On July 11, 2019, the Court adopted Magistrate Judge Ryu's Amended Report and Recommendation Re Plaintiff's Motion for Attorneys' Fees, to which no party filed a timely objection, and awarded Plaintiff $105,282.50 in fees and $1,619.22 in costs for a total award of $106,901.72.  Dkt. No. 81.  Pursuant to the Court's July 11, 2019 order, judgment is hereby entered in favor of Plaintiff in the amount of $106,901.72 for fees and costs.

**IT IS SO ORDERED.**

DATED:  July 29, 2019

Honorable Haywood S. Gilliam, Jr.
United States District Court
Northern District of California

JUDGMENT ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES