| | |
|---|---|
| 1 | Shanda Y. Lowe, Bar No. 278602 |
| 2 | slowe@fordharrison.com |
| | Tiffany D. Downs, *pro hac vice* |
| 3 | tdowns@fordharrison.com |
| | **FORD & HARRISON, LLP** |
| 4 | 350 South Grand Avenue, Suite 2300 |
| | Los Angeles, CA 90071 |
| 5 | Telephone: 213-237-2400 |
| | Facsimile: 213-237-2401 |
| 6 | Attorneys for Defendant |
| | SKY CHEFS, INC. GROUP LIFE & |
| 7 | MEDICAL EXPENSE BENEFITS PLAN; |
| | SKY CHEFS, INC. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY, | Case No.: 4:18-cv-01559-HSG |
| Plaintiff, | **STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE SELECTION OF ADR PROCESS; ORDER THEREON**; ORDER |
| v. | |
| SKY CHEFS, INC. GROUP LIFE & MEDICAL EXPENSE BENEFITS PLAN; SKY CHEFS, INC.; AND CIGNA HEALTH AND LIFE INSURANCE COMPANY, | |
| Defendant. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties in the above-titled action hereby stipulate and respectfully request that the deadline to file a stipulation and proposed order selecting an ADR process, as stated in the Court's Docket entry number 32, be extended from September 3, 2019 to September 13, 2019. This request is made pursuant to Civil Local Rules, Rule 6.

Good cause exists for the granting of the extension because, although the parties have discussed possible ADR options, they have been unable to reach a decision due to the unavailability of some of the parties key decision makers. For

this reason, the parties stipulate and respectfully request that this Court extend the deadline to file a stipulation and proposed order selecting an ADR process to September 13, 2019.

IT IS SO STIPULATED.

DATED: September 3, 2019　　　　　　　　FORD & HARRISON, LLP

By: */s/Tiffany D. Downs*
Tiffany D. Downs, *pro hac vice*
Attorneys for Defendant
SKY CHEFS, INC. GROUP LIFE &
MEDICAL EXPENSE BENEFITS
PLAN; SKY CHEFS, INC.

DATED: September 3, 2019　　　　　　　　KANTOR & KANTOR, LLP

By: */s/ Brent Dorian Brehm*
Brent Dorian Brehm
Attorney for Plaintiff
ERIC DMUCHOWSKY

DATED: September 3, 2019　　　　　　　　COLE PEDROZA, LLP

By: */s/ Scott N. Klausner*
Scott N. Klausner
Attorneys for Defendant
CIGNA HELATH & LIFE
INSURANCE COMPANY

## **SIGNITURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: September 3, 2019           FORD & HARRISON, LLP

                          By:     /s/Tiffany D. Downs
                                  Tiffany D. Downs, *pro hac vice*
                                  Attorneys for Defendant
                                  SKY CHEFS, INC.

**ORDER EXTENDING TIME TO FILE SELECTION OF ADR PROCESS**

The Parties' deadline to file a stipulation and proposed order selecting an ADR process is hereby extended from September 3, 2019 to September 13, 2019.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: 9/4/2014

*Haywood S. Gilliam Jr.*
JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT