Shanda Y. Lowe, Bar No. 278602
slowe@fordharrison.com
Tiffany D. Downs, *pro hac vice*
tdowns@fordharrison.com
**FORD & HARRISON, LLP**
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: 213-237-2400
Facsimile: 213-237-2401
Attorneys for Defendant
SKY CHEFS, INC.,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DMUCHOWSKY,<br><br>　　　　　　Plaintiff,<br>　v.<br>SKY CHEFS, INC.,<br><br>　　　　　　Defendant. | Case No.: 4:18-cv-01559-HSG<br><br>**ORDER GRANTING MOTION TO SET ASIDE THE COURT'S ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE SELECTION OF ADR PROCESS** |

**ORDER**

Having reviewed the contents of Defendant's Motion to Set Aside the Court's Order Granting Request for Extension of Time to File Selection of ADR Process and the Stipulation filed in support thereof, finding good cause therein, the Court hereby ORDERS as follows:

The September 4, 2019 Order Granting the Stipulation Re Request for Extension of Time to File Selection of ADR Process (Docket No. 91) is set aside.

IT IS SO ORDERED

Date: 9/9/2019

　　　　　　　　　　　　　　　　　　　　／s／ Haywood S. Gilliam Jr.
JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT